**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Sam G. C. MEDICA, Defendant–Appellant.**

**No. 08–30949**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

Alexander Coker Van Hook, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Sam G.C. Medica has moved

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Medica has filed a response. Our independent review of the record, counsel's brief, and Medica's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Medica's motion for the appointment of new counsel and for an extension of time for new counsel to file a response is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.